**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

SUDEEP    KHETANI

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

MIDLLESEX    COUNTY

PROSECUTORS    OFFICE

↓

LISTED

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

*(check one)*

I.    **Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | SUDEEP    KHETANI |
| | Street Address | 8  LABAADOR    DRIVE |
| | County, City | MIDDLESEX    COUNTY,    KENDALL    PARK |
| | State & Zip Code | N.J    08824 |
| | Telephone Number | 321- 616- 4549 |

*Seperate PAGE*

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 2
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

II.    **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

☐ U.S. Government Plaintiff   ☐ U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __42 USC 1983    14th AMENDMENT,   4th AMENDMENT__ __FAILURE  TO  TRAIN,  FALSE  ARREST,  MALICIOUS__ __Prosecution,  RACIAL/ETNIC   DISCRIMINATION__

-2-

Defendants

Defendant 1:

Middlesex County Prosecutors Office- Amber Gibbs

25 Kirkpatrick St # 3, New Brunswick, NJ 08901

Defendant 2:

Middlesex County Prosecutors Office- Yolanda Ciccone

25 Kirkpatrick St #3, New Brunswick NJ 08901

On Sept 22nd 2017

Sudeep Khetani was arrested and incarcerated for charges of 2nd degree Burglary,3rd Degree Endangering the Welfare of a Child, simple assault and Harassment.The file number for the Middlesex County prosecutor's office is (174577).

Agency/Incident Case # for Plainsboro Police Department-17-14159.

The charges stemmed from an alleged incident where a woman (Sarah Khalid) claimed to be assaulted inside her vehicle, with her child present in the car; in a parking lot outside Forrestal Village Fitness in Plainsboro New Jersey.

Mr. Khetani became the suspect due to the gym manager (Patrick Daly) conducting a photo lineup in which he displayed to the alleged victim. The photo identification was made prior to Plainsboro police arriving to the scene.

Upon arrival by Plainsboro Police, the alleged victim showed no signs of injury or assault (as later stated by the arresting officer at trial).

However, without any further investigation by the police officers, they accepted the photo identification produced through the gym manager as evidence.

The officers took fingerprints off the alleged victim's vehicle, which later came back as inconclusive (not matching Sudeep Khetani).

Even with no real evidence and the only probable cause that was used was the gym managers identification process shown to the victim, the Plainsboro police officers arrested Sudeep Khetani. No evidence was provided as to the other photos used, or if any other photos were used besides the one of Mr. Khetani.

Mr Khetani was incarcerated for 490 days at the Middlesex County Adult Correctional facility in North Brunswick NJ, until being found Not Guilty for the indictable offenses of Burglary and Endangering the Welfare of a Child on Jan 16th 2019. The judge found Mr. Khetani Guilty on the Disorderly persons offences of Simple Assault and Harassment, relating to the same incident number.

Mr Khetani was released from incarceration.

Mr Khetani. filed an appeal for the two Disorderly Persons convictions. (Docket number:A-3158-18)

The appeal decision came back in Mr. Khetani's favor in 2021 and the Middlesex Prosecutors office again, further prosecuted the remaining of the charges of Assault and Harrassment, later the remaining charges of Harassment and Assault were also dismissed by the Middlesex County prosecutor's office on Feb 14th 2022.(Prosecutor file number 17-4577)

During the original jury trial, the child who was an alleged witness to the alleged assault identified one of the jurors as the suspect, not Mr. Khetani.

During trial one of the officers admitted that he had not seen any signs of an assault while at the scene in regard to the allegations.

The alleged victim stated on trial she was hit in the face multiple times, yet had no marks or evidence of assault.

The Middlesex County prosecutor's office (Amber Gibbs) and Plainsboro police were aware of the lack of evidence and improper procedure used to obtain a suspect, yet arrested and prosecuted Sudeep Khetani anyway. Middlesex County Prosecutors office throughout the court proceedings referenced the suspect as "Indian"; however, the alleged victim never stated a racial/ethnic description of the alleged attacker.

Plainsboro police department was negligent in the training of it's officers on the proper methods to conduct/allow a photo identification. In specific, law enforcement are supposed to use a guideline and process for conducting or preparing photo identification. There was no documentation or record kept by Plainsboro Police Dept on the photo identification method used by the gym manager.

Sudeep Khetani's civil rights were violated through malicious prosecution, racial and ethnic discrimination, false arrest and false imprisonment, failure to train, violation of due process.

Due to the false arrest and incarceration Mr Khetani suffered emotional psychological, physical, and financial damages.

Injuries include:

Psychological impairment, further physical deterioration of pre existing conditions due to negligent jail conditions, financial loss which include lawyer fees, fines, jail expenses, emotional damage, social/reputational damage.

Relief:

30 Million dollars in monetary compensation due to above injuries

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __6__ day of __Feb_____, 20 __23__.

Signature of Plaintiff _____

Mailing Address __8 LABRADOR Drive__

__KENDALL PARK__

__N.J 08824__

Telephone Number __321-616-4549__

Fax Number *(if you have one)* _____

E-mail Address __ORLANDOLIST321@gmail.com__

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

- 5 -